USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, *Individually and on behalf of all other persons similarly situated,*

                Plaintiff,

-against-

TREL RESTAURANT INC.,

                Defendant.

1:19-cv-06266 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: November 26, 2019
      New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**